UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN A. MEUSE,<br>    Petitioner | )<br>)<br>) |
| v. | )    Civ. No. 05-10444-MLW |
| | ) |
| UNITED STATES OF AMERICA,<br>    Respondent. | )<br>) |

### GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

The United States Attorney of America, by and through its undersigned counsel, respectfully requests an additional thirty days to respond to the Petitioner's Motion fo Vacate, Set Aside, or Correct Sentence. In support of this motion, the government states:

1.   Copies of the Petitioner's motion and the Court's Order to respond were served on the undersigned supervisory Assistant U.S. Attorney. The last Assistant U.S. Attorney assigned to this case, Gary S. Katzmann, has left this office.

2.   The Court's Order provides that the respondent shall file an answer or other responsive pleading within twenty days of receipt of the Order. While there is no indication on the documents or envelope as to the precise date on which this was received by this office, the government assumes that it was delivered shortly after the Order was issued and that the time to respond has run. The government regrets this oversight but requests an additional thirty days to allow for retrieval of the case file from archives, re-assignment to another AUSA, and preparation

of a response.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By: _____
                                      James D. Herbert
                                      Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Petitioner John A. Meuse, pro se
        U.S.M. # 19365-038
        Dorothy Post
        53 Meadowood Dr.
        Stoughton, MA 02072

This 26th day of August, 2005.

                                      _____
                                      James D. Herbert